UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JUAN DE LA ROSA,

            Plaintiff,

-v-

TRANS UNION, LLC,

            Defendant.

No. 18-cv-73 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant informing the Court that the parties have reached a settlement. (Doc. No. 19.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within ninety days of the date of this Order – that is, by September 6, 2018 – any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    June 8, 2018
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE